# UNITED STATES DISTRICT COURT

District of Guam

U.S. MARSHALS--GUAM
RECEIVED

18 MAY 2005 14:00 01

UNITED STATES OF AMERICA

V.

SEAN MICHAEL COLE aka
SHAWN COLE

**WARRANT FOR ARREST**

Case Number: MAGISTRATE NO. 05-00028

FILED
DISTRICT COURT OF GUAM
MAY 19 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>SEAN MICHAEL COLE aka SHAWN COLE</u>
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

**ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (Count I)**
**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (Count II)**

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1) and 846___

JOAQUIN V.E. MANIBUSAN, JR.
Name of Issuing Officer

Signature of Issuing Officer

MAGISTRATE JUDGE
Title of Issuing Officer

MAY 18, 2005, HAGATNA, GUAM
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Hagatna

DATE RECEIVED: 5/18/05
DATE OF ARREST: 5/18/05

NAME AND TITLE OF ARRESTING OFFICER: John Duenas, SSA ICE

SIGNATURE OF ARRESTING OFFICER

ORIGINAL