ORIGINAL  FILED
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

1 LEONARDO M. RAPADAS
United States Attorney
2 MARIVIC P. DAVID
Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
4 Hagåtña, Guam 96910
PHONE: 472-7332
5 FAX: 472-7334

6 Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00028 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO DISMISS COMPLAINT; AND ORDER** |
| SEAN MICHAEL COLE ) a/k/a SHAWN COLE, ) GILBERT JOSE MATTA, and ) JESSICA ROSE MESA, ) | |
| Defendants. ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause against defendants SEAN MICHAEL COLE a/k/a SHAWN COLE, GILBERT JOSE MATTA, and JESSICA ROSE MESA, be

//
//
//
//
//
//
//

dismissed, for the reason that the defendants hve been charged through an Indictment on May 25, 2005, under Criminal Case No. 05-00039, which said Indictment has incorporated similar criminal acts described in the Complaint.

Respectfully submitted this 26th day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ MARIVIC P. DAVID

MARIVIC P. DAVID
Assistant U.S. Attorney

IT IS SO ORDERED this 27th day of May, 2005.

/s/ JOAQUIN V. E. MANIBUSAN, JR.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam


RECEIVED
MAY 26 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM